UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-CV-00154-DCLC-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| $4,890.00 U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 16] which recommends that Plaintiff's Motion for Default Judgment and Final Order of Forfeiture [Doc. 12] be granted. The report and recommendation advised that objections to it must be filed within 14 days and that failure to do so would forfeit any right to appeal. [Doc. 16, pg. 7 n.3]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). More than 14 days have passed, and no person or party has filed an objection.

Having carefully reviewed the record, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Judgment Order, it is hereby **ORDERED** and **ADJUDGED**:

1. The United States's Motion for Default Judgment and Final Order of Forfeiture [Doc. 12] is **GRANTED**, and

2. Defendant in rem, as described in the report and recommendation, is hereby **FORFEITED** to the United States of America, and all right, title and interest in and to this Defendant in rem is hereby **VESTED** in the United States of America, pursuant to 21 U.S.C. § 881(h).

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court